**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| TIMOTHY J. FORBES, JR., | : | No. 9 EM 2023 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA DOMESTIC RELATIONS DIVISION, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of February, 2023, the Emergency Application for Non-Statutory Writ of Habeas, Petition for Writ of Mandamus, and Application for leave to file Original Process are **DENIED**.